O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DELORA ROBERSON, | Case No. CV 13-04431-JGB (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| D.K. JOHNSON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: June 10, 2014

_____
JESUS G. BERNAL
United States District Judge

**ENTERED**
CLERK, U.S. DISTRICT COURT

June 10, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY